# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHIRLEY SHELTON**                                                                 **PLAINTIFF**

**v.**                           **CASE NO. 3:23-CV-00118-BSM**

**GLEN H STRIBLING**                                                              **DEFENDANT**

## ORDER

Shirley Shelton's motion for a clerk's entry of default [Doc. No. 3] is denied without prejudice because the motion does not contain a statement indicating whether the defendant is serving in the military.  *See* 50 U.S.C. § 3931.

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE