# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHIRLEY SHELTON**                                                                       **PLAINTIFF**

**v.**                          **CASE NO. 3:23-CV-00118-BSM**

**GLEN H STRIBLING**                                                                   **DEFENDANT**

## ORDER

Shirley Shelton's motion for default judgment against Glen H. Stribling [Doc. No. 7] is granted. Stribling was served in May [Doc. No. 2] and did not respond. A clerk's default was entered against Stribling on October 13, 2023. Doc. No. 6. Judgment is therefore entered in favor of Shelton and against Stribling in the amount of $10,670.00 in back wages and liquidated damages.

IT IS SO ORDERED this 22nd day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE