IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHIRLEY SHELTON**                                                              **PLAINTIFF**

v.                         **CASE NO. 3:23-CV-00118-BSM**

**GLEN H STRIBLING**                                                           **DEFENDANT**

## ORDER

Shirley Shelton's unopposed motion for attorney's fees and costs [Doc. No. 9] is granted because the requested fees and costs are reasonable. An employer who has violated the Fair Labor Standards Act or the Arkansas Minimum Wage Act is liable for costs and reasonable attorney's fees incurred by a plaintiff. 29 U.S.C. § 216(b); Ark. Code Ann. § 11-4-218(a)(1)(B)(ii). Shelton's lawyers are therefore awarded $487 in attorney's fees and $634.88 in costs, payable by Glen Stribling.

IT IS SO ORDERED this 15th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE