# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHIRLEY SHELTON**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 3:23-CV-00118-BSM**

**GLEN H STRIBLING**                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order granting default judgment [Doc. No. 8], this case is dismissed.

IT IS SO ORDERED this 29th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE